# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2009-1441

FILED - CLERK
U.S. DISTRICT COURT

2009 JUL 28  AM 10: 00

TX EASTERN-MARSHALL

VERSATA SOFTWARE, INC., (f/k/a Trilogy Software, Inc.),
and VERSATA DEVELOPMENT GROUP, INC,
(f/k/a TRILOGY DEVELOPMENT GROUP, INC ),

                                      Plaintiffs-Appellants,

                          v.

SUN MICROSYSTEMS, INC ,

                                      Defendant-Appellee,

and

SAP AMERICA, INC. and SAP AG,

                                      Defendants

Appeal from the United States District Court for the Eastern District of Texas in case no. 06-CV-358, Judge T John Ward.

# ORDER

NOTE: This order is nonprecedential

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

*[signature]* /JH

Jan Horbaly
Clerk

07/23/09

cc: Clerk's Office, DCT
Samuel F. Baxter
Allan M. Soobert
William P. Nelson

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 3 2009

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 07/23/09

VERSATA SOFTWARE V SUN MICROSYSTEMS, 2009-1441
DCT - 06-CV-358

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: *[signature]* Date: 7/23/09